IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN, and JULIE FAST, in her representative capacity as a fiduciary of the Plaintiff Funds, | ) ) ) ) ) ) ) ) ) ) | 8:09CV273 ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CHRISTOPHER SULLIVAN and ROBIN SULLIVAN, | ) ) ) | |
| Defendants. | ) | |

Upon review of the plaintiff's Response (Filing 7),

**IT IS ORDERED:**

1. The December 17, 2009 Order to Show Cause (Filing 6) is satisfied.

2. For good cause shown, plaintiffs are given an extension of time until **April 9, 2010** in which to effect service on the defendants. Any requests for a further extension of this deadline must be made by appropriate motion before the existing deadline has expired.

**DATED January 5, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**